Certificate Number: 20102-PAM-DE-039044308

Bankruptcy Case Number: 24-02716


20102-PAM-DE-039044308

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 7, 2024</u>, at <u>3:44</u> o'clock <u>PM EST</u>, <u>Michael Meholic</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>November 7, 2024</u>        By:   <u>/s/Marcy Walter</u>

                                      Name: <u>Marcy Walter</u>

                                      Title: <u>President-Manager</u>