# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael S. Meholic III,　　　　　　　　　　Chapter　　　　7
aka Mike Meholic,

**Debtor 1**　　　　　　　　　　Case No.　　　　5:24−bk−02716−MJC

Social Security No.:
　　　　　　　　　　xxx−xx−0968

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:　January 24, 2025

**fnldecac** (05/18)